UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY E. LEWIS,

  Petitioner,

  v.

JEFFREY UTTECHT,

  Respondent.

CASE NO. C10-1033-RSL-MAT

ORDER REGARDING
AMENDED PETITION

On March 26, 2012, the Court entered an Order directing petitioner to submit an amended petition. (Dkt. 25.) As set forth in a prior Order, the Court found an amended petition necessary given a question as to whether the original petition contained exhausted claims. (Dkt. 22.) Subsequently, both counsel initially assigned to represent petitioner and substitute counsel withdrew. (Dkts. 27 & 32.) Petitioner's current counsel was appointed as of August 28, 2012. (Dkt. 34.) However, to date, the Court has not received an amended petition. Accordingly, counsel for petitioner is directed to submit an amended petition, within **forty-five (45) days** of the date of this Minute Order, and respondent shall submit his answer

ORDER
PAGE -1

within **forty-five (45) days** of the date the amended petition is filed.

DATED this 20th day of August, 2013.

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER
PAGE -2