UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY EUGENE LEWIS,<br><br>                Petitioner,<br><br>    v.<br><br>JEFF UTTECHT,<br><br>                Respondent. | CASE NO. C10-1033-RSL-MAT<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

On September 26, 2013, the Court entered a stay in this matter pending exhaustion of petitioner's state court remedies and requested that the parties advise the Court of the conclusion of the state court proceedings. (Dkt. 40.) The Court herein ORDERS counsel for petitioner to update the Court, within **ten (10) days** of the date of this order, the current status of this case.

DATED this 22nd day of June, 2018.

                                      WILLIAM M. MCCOOL, Clerk

                                      By: s/ Sharita Tolliver
                                            Deputy Clerk