UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY EUGENE LEWIS,

                Petitioner,

    v.

JEFF UTTECHT,

                Respondent.

CASE NO. C10-1033-RSL-MAT

ORDER RE: STATUS REPORT

Petitioner Anthony Eugene Lewis, proceeding through counsel, recently provided the Court with an update as to the status of this 28 U.S.C. § 2254 habeas corpus matter. (Dkt. 42.) Counsel explained that, following this Court's entry of a stay, he filed a personal restraint petition in the Washington Court of Appeals, and the state court dismissed the petition as untimely on October 5, 2015. Counsel also noted petitioner is no longer in custody. Petitioner did not provide any further information or request any relief. The Court, having considered the update, finds and ORDERS as follows:

    (1)    While this matter appears subject to dismissal, the undersigned requires additional information before making a recommendation. The Court entered a stay in this matter on

ORDER
PAGE - 1

September 26, 2013. (Dkt. 40.)  A review of state court filings shows a personal restraint petition dismissed on October 5, 2015 had been filed on July 1, 2015.  *See* https://dw.courts.wa.gov (Washington Court of Appeals, Division I, Case No. 740873).  Although the discrepancy between the date of the stay and the filing of the July 2015 petition may be explained through earlier state court filings, the Court lacks sufficient information to make that determination.  Accordingly, within **thirty (30) days** of the date of this Order, counsel for petitioner shall submit a supplemental status report providing sufficient detail as to state court filings directly pertinent to this matter, and any other information allowing for the Court's full understanding as to the status of this case.  Petitioner shall also include a request for relief.

(2)    The Clerk is directed to send copies of this Order to the parties and to the Honorable Robert S. Lasnik.

DATED this 10th day of July, 2018.


Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 2