UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY EUGENE LEWIS,

                Petitioner,

    v.

JEFF UTTECHT,

                Respondent.

Case No. C10-1033RSL

ORDER DISMISSING PETITION AND GRANTING CERTIFICATE OF APPEALABILITY

      This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. # 46) and the objections thereto (Dkt. # 47). Petitioner's objections to the Report and Recommendation are overruled and the petition is DISMISSED for the reasons stated in the Report. Despite prior requests for information regarding this case, petitioner waited until after Judge Theiler made her recommendations to argue for excusal of the procedural bar and to support his bare request for judgment in his favor. Although the new information and

ORDER - 1

argument do not change the outcome of this case, it suggests grounds for reasonable disagreement regarding the Court's resolution of the constitutional claims.

For all of the foregoing reasons, petitioner's habeas petition and this action are DISMISSED with prejudice. Petitioner is GRANTED a certificate of appealability.

Dated this 19th day of December, 2018.

Robert S. Lasnik
United States District Judge

ORDER - 2