HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY EUGENE LEWIS,<br><br>Petitioner,<br><br>vs.<br><br>JEFF UTECHT,<br><br>Defendant. | Cause No. 10-CV-01033-RSL-MAT<br><br>**ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

This matter having come before the Court on motion of counsel for the Petitioner above-named, and it appears that appointed Counsel has a conflict of interest and is a potential witness in these proceedings,

NOW THEREFORE it is ordered that Gilbert H. Levy is permitted to withdraw as attorney of record and the CJA Administrator is directed to appoint new counsel.

//

//

//

BRIEF IN SUPPORT OF AMENDED 28
U.S.C. § 2254 PETITION - 1

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818

1 | DATED THIS 19th day of December, 2018

_____
U.S. DISTRICT COURT JUDGE

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA 4805
Attorney for Petitioner

BRIEF IN SUPPORT OF AMENDED 28
U.S.C. § 2254 PETITION - 2

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington 98121
(206) 443-0670  Fax: (866) 471-6818